# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PETEDGE, INC., | ) | Civil Action No. 1:14-cv-13188 |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| TRADEMARK GLOBAL, LLC, | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff PetEdge, Inc. complains against Trademark Global, LLC as follows:

## PARTIES

1. PetEdge is a corporation organized and existing under the laws of the Commonwealth of Massachusetts and has its principal place of business at 100 Cummings Center, Beverly, Massachusetts, 01915.

2. PetEdge is in the business of designing, sourcing, manufacturing, and distributing pet-related merchandise.

3. PetEdge invented a folding pet ramp and steps apparatus and owns a patent directed to various embodiments of this apparatus, namely U.S. Patent No. 7,621,236, entitled "Folding Pet Ramp and Steps" ("the '236 Patent"). A copy of the '236 Patent is attached as Exhibit A. PetEdge manufactures and sells folding pet ramp and steps products embodying inventions claimed in this '236 Patent and marks those products with the '236 Patent.

4. On information and belief, Trademark Global, LLC is a limited liability company organized and existing under the laws of the State of Delaware and has its principal place of

business at 7951 West Erie Avenue, Lorain, Ohio, 44053.  Trademark Global's registered agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, 19801.

5. Trademark Global manufacturers, uses, offers to sell, and/or sells an expansive array of consumer products, including pet-related merchandise.

6. Trademark Global's pet-related merchandise includes a pet ramp and staircase (SKU # PAWW1022).  Excerpt from third-party retailers through which Trademark Global distributes its pet ramp and staircase (www.wayfair.com and www.sears.com) are attached as Exhibit B.

7. Trademark Global's activities have been without express or implied license from PetEdge.

## JURISDICTION AND VENUE

8. This is an action for patent infringement arising under the Patent Laws of United States, Title 35, United States Code.  This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question), 1332 (diversity) and 1338 (patent actions).

9. Venue is proper under 28 U.S.C. § 1391(b) and (c) and § 1400(b).  Trademark Global has committed and/or threatened to commit acts of infringement in this District, and this action arises from those acts.  Trademark Global has regularly engaged in business in this Commonwealth and District and purposefully availed itself of the privilege of conducting business in this District, for example, by offering for sale and selling the pet ramp and staircase in this District, including via the on-line retailer www.wayfair.com, which is headquartered in Boston.

## THE PATENT INFRINGED

10.     On November 24, 2009, the United States Patent and Trademark Office ("USPTO") issued the '236 Patent, entitled "Folding Pet Ramp and Steps."

11.     The '236 Patent was assigned to PetEdge, which owns the full rights, title, and interest in it.

12.     The '236 Patent has not expired and is in full force and effect.

13.     Pursuant to 35 U.S.C. § 282, the '236 Patent and each of its claims are presumed valid.

## COUNT I
## INFRINGEMENT OF THE '236 PATENT

14.     PetEdge realleges and incorporates by reference paragraphs 1-13 above as though fully set out herein.

15.     In violation of 35 U.S.C. § 271(a), (b) and (c), Trademark Global has been and still is infringing, contributing to, and/or actively inducing infringement of the '236 Patent by manufacturing, using, offering to sell, and/or selling within the United States folding pet ramps and staircases, such as those depicted in Exhibit B, that are covered by one or more claims of the '236 Patent.

16.     Trademark Global has had at least constructive notice of the '236 Patent pursuant to 35 U.S.C. § 287(a) because PetEdge marks its pet ramp/steps products with the '236 Patent. Further, PetEdge notified Trademark Global about alleged infringement of the '236 Patent by letter dated May 7, 2014.  Thus, Trademark Global had actual knowledge of the '236 Patent as well.

17.     Trademark Global has profited and continues to profit from its manufacture, use, offers to sell, and sale of the infringing folding pet ramp and steps.

18. On information and belief, Trademark Global's infringement of the '236 Patent has been and continues to be willful, wanton, and deliberate.

19. PetEdge has been and continues to be damaged and irreparably harmed by Trademark Global's infringement of the '236 patent.

WHEREFORE, PetEdge respectfully asks this Court to enter judgment for PetEdge and against Trademark Global and to grant PetEdge the following relief:

A. A Judgment under 35 U.S.C. § 271 finding that Trademark Global infringes the '236 Patent;

B. An order under 35 U.S.C. § 283 preliminarily and permanently enjoining Trademark Global from infringing the '236 Patent;

C. An award of damages under 35 U.S.C. § 284 adequate to compensate PetEdge for Trademark Global's infringement of the '236 Patent and an accounting to determine the proper amount of such damages;

D. A three-fold increase in damages as a result of Trademark Global's willful, wanton, and deliberate acts of infringement;

E. An award pursuant to 35 U.S.C. § 284 of costs and prejudgment and post judgment interest on PetEdge's compensatory damages;

F. An award pursuant to 35 U.S.C. § 285 of PetEdge's attorney's fees incurred in this action;

G. An order directing the recall of any and all existing Trademark Global folding pet ramps and step systems that infringe the '236 Patent; and

H. Such further relief as this Court deems just and proper.

## JURY DEMAND

PetEdge demands a trial by jury on all issues so triable.

                                                PETEDGE, INC.
                                                By its Attorneys,

                                                /s/ Erik Paul Belt
                                                Erik Paul Belt (BBO # 558620)
                                                Bonnie A. Vanzler (BBO # 672515)
                                                McCARTER & ENGLISH, LLP
                                                265 Franklin Street
                                                Boston, Massachusetts  02110
                                                Tel: (617) 449-6500
                                                Fax: (617) 607-9200
                                                Email: ebelt@mccarter.com
                                                Email: bvanzler@mccarter.com

Dated:  August 1, 2014